UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRT ALLEN GOOLD,<br><br>        Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | No. 2:16-cv-2582 AC<br><br><br><br>ORDER TO SHOW CAUSE |

Plaintiff has failed to timely file his motion for summary judgment or in the alternative requested voluntary remand based on new evidence pursuant to the court's scheduling order. See ECF No. 5. Nor has the plaintiff requested an extension of time to file the anticipated motion. Good cause appearing, IT IS HEREBY ORDERED that Plaintiff shall show cause, within 14 days, why his failure to file a motion for summary judgment, or in the alternative a request for voluntary remand, should not be deemed a waiver of the right to file such a motion at any time, and why this case should not be dismissed for failure to prosecute.

DATED: July 10, 2017

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE