UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRT ALLEN GOOLD,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:16-cv-02582 AC<br><br><br>ORDER |

Plaintiff Kirt Allen Goold commenced this social security action on October 29, 2016. ECF Nos. 1-3.[1] Presently pending before the court is plaintiff's motion for attorneys' fees pursuant to 28 USC 2412(d). ECF No. 25. If the Commissioner wishes to oppose this motion, she must do so within 30 days of the date of this order. If the Commissioner submits an

/////

/////

/////

/////

---

[1] This case was referred to the undersigned pursuant to E.D. Cal. L.R. 302(c)(15) and both parties voluntarily consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). ECF Nos. 7, 8.

1

opposition, plaintiff shall have 14 days from the date the opposition is filed to file a reply if she wishes to do so.

IT IS SO ORDERED.

DATED: July 2, 2018.

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE